# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

April 21, 2023

Before
FRANK H. EASTERBROOK, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| No. 22-1795 | SELEPRI S. AMACHREE,<br>   Plaintiff - Appellant<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General of the United States, et al.,<br>   Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 2:19-cv-01772-BHL<br>Eastern District of Wisconsin<br>District Judge Brett H. Ludwig ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)