# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 12, 2023

Before
FRANK H. EASTERBROOK, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| No. 22-1795 | SELEPRI S. AMACHREE,<br>        Plaintiff - Appellant<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General of the United States, et al.,<br>        Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 2:19-cv-01772-BHL<br>Eastern District of Wisconsin<br>District Judge Brett H. Ludwig | |

The following is before the court: **ATTORNEY GORBY'S RESPONSE**, filed on May 4, 2023, by attorney John D. Gorby.

On April 21, 2023, we ordered attorney John D. Gorby to show cause within 21 days why he should not be removed or suspended from the bar of this court or otherwise disciplined under Rule 46(b) or (c) of the Federal Rules of Appellate Procedure, for his failure to comply with court deadlines and basic instructions.

Gorby timely responded but did not address the deficiencies in his performance identified by the April 21 order other than to assert that the complaint complied with the Federal Rules of Civil Procedure and demonstrates "good lawyering." Rather than addressing the show-cause order, the majority of Gorby's response focuses on his assertion that the appeal was not frivolous. The final page of Gorby's response is labeled as a petition for a panel rehearing, and

No. 22-1795                                                                                                          Page 2

incorporates the facts, arguments, and conclusions from his response. This page does not comply with the Federal or Circuit Rules regarding the substance or formatting of petitions for rehearing, see FED. R. APP. P. 40; CIR. R. 40, and as such we will not treat it as a petition for rehearing. The entire document demonstrates Gorby's continued inability to follow rules and directions, and to defend his clients' interests. Accordingly,

**IT IS ORDERED** that attorney John D. Gorby is **STRICKEN** from the roll of attorneys admitted to practice before this court for his failure to comply with court deadlines, rules, and instructions. We will notify the Illinois Attorney Registration and Discipline Commission of this action. Gorby must notify all other bars to which he belongs.

form name: **c7_Order_3J**     (form ID: **177**)